IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,** | Case No. 2:21-cv-00997-CKD P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **K. JOHNSON, et al.,** | |
| Defendants. | |

    Plaintiff is an inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 5, 2021, the court issued an order referring the case to its Post-Screening ADR Project. ECF No. 18. The court order required defendants to meet and confer with plaintiff and investigate plaintiff's claims before opting-out. Id. A settlement conference was scheduled for January 26, 2022. (ECF No. 19.)

    On December 13, 2021, defendants filed a motion to opt out of the ADR Project on the grounds that a settlement conference would be futile. ECF No. 22. In said motion, defendants indicated that they intend to file a motion to revoke plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g). ECF No. 22.

    Good cause appearing, the court grants defendants' Motion to Opt Out of the ADR Project (ECF No. 22) and vacates the settlement conference scheduled for January 26, 2022.

1 | Defendants shall file an answer or otherwise respond to the complaint no later than thirty
2 | days from the date of this order.

3 | Dated:  December 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE